PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _____ DISTRICT OF TEXAS
#### _____ DIVISION

Kionne Lewis 02472213
Plaintiff's Name and ID Number

Bill clements unit Amarillo TX 79101
Place of Confinement   TAblet, mail, Threats

*aU* MAR 24 2026 AM 11:00
FILED - USDC - NDTX - AM

2-26CV-60.-Z

CASE NO._____
(Clerk will assign the number)

v.

The warden
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00.**

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? _X_ YES ___ NO

   B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.  Approximate date of filing lawsuit: Dec 30 2025, 2/10/26 , 3/6/2026
   2.  Parties to previous lawsuit:
       Plaintiff(s) Kionne Lewis
       Defendant(s) Paul Brewch, The warden, The warden
   3.  Court: (If federal, name the district; if state, name the county.) 7th court of Appeals
   4.  Cause number: 2:25-CV-282, 2:26-CV-025 , 2:26-CV-45
   5.  Name of judge to whom case was assigned: Judge Lee ann Reno
   6.  Disposition: (Was the case dismissed, appealed, still pending?) Still pending
   7.  Approximate date of disposition: N/A

2

II.  PLACE OF PRESENT CONFINEMENT: William P. Clements Unit

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.  PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Kionne Lewis # 02472213
William P. Clements  ECB/HSJ-201
Amarillo Tx 79107 , 9601 Spur 591

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: The warden
William P. Clements  9601 Spur 591  Amarillo TX, 79101
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #2: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

0230 - 0330

Gcuvd threatened me over "UCC" paperwork 12 march 2026
I refused to sign
~ Tablet was Green screened ·
~ mail to the Court of Texas criminal Appeals is being withheld

Attached documents are to prove attempted Greivance procedure use, Bill clements non-complience, ~~and non-answered forces~~

Please see Greivance #2026 079 577

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Money

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Kionne Lewis

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

02472213

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  X  NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied?  ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   _____YES  X  NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division):_____

    2. Case number:_____

    3. Approximate date warning was issued:_____

Executed on: **3/A/2026**
      DATE

_Kvonne Lewis_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___19___ day of _March_ , 20 _26_ .
   (Day)         (month)      (year)

_Kvonne Lewis_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

# TEXAS DEPARTM' ' OF CRIMINAL JUSTICE
## Administrative v and Risk Management
## I Grievance
# NOTICE OF IMPRO SUBMITTED GRIEVANCE

**DATE:**      3/2/2026

**NAME:**    **LEWIS, KIONNE**

**TDCJ#:**    **2472213**

**UNIT:**     **BC**

Your documents received in this office have been reviewed and a response is indicated below.  **If you need additional information or assistance, you may contact the Unit Grievance Investigator.**

☐    These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted.

☐    Your Step 1 grievance(s) was properly screened.

☒    This Step 2 appeal cannot be processed without the corresponding original, **answered** Step 1 grievance.

☐    You may not submit a Step 2 appeal on a Step 1 grievance that was **screened** using one of the screening criteria and returned to you unprocessed.

**Comments**:

September 2022

**Texas Department of Criminal Justice**

# STEP ~~2~~ 1
## INMATE
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: MAR 0 3 2026

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Inmate Name: Lionne Lewis     TDCJ #: 2472213

Unit: BC     Housing Assignment: HSJ-201

Unit where incident occurred: BC/ECB/HSJ-201

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted.*
*You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific).    *I am dissatisfied with the response at Step 1 because…*

216    198 hrs.    18 Dif

4960    4880 Salary

2592    486 overtime

7552    5346 total Before tax

1-60

The Council is attempting to seduce me by telling
me how much he makes

who: feeding officer    when Jun 31st 2026

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)

I-128 Front (Revised 8/2022)

_Request 1 million dollars_

**Inmate Signature:** _____     **Date:** 3/01/2026

**Grievance Response:** _____

**Signature Authority:** _____     **Date:** _____

**Returned because:**   *Resubmit this form when corrections are made.*

☐ 1. **Grievable time period has expired.**

☐ 2. **Illegible/Incomprehensible. \***

☐ 3. **Originals not submitted. \***

☐ 4. **Inappropriate/Excessive attachments. \***

☐ 5. **Malicious use of vulgar, indecent, or physically threatening language. \***

☐ 6. **Inappropriate. \***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
| --- | --- |
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Inmate:_____ | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Inmate:_____ | |
| **3ʳᵈ Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened   ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Inmate:_____ | |

**I-128 Back** (Revised 8/2022)

Inmate Grievance Operations Man
Appendi

A 30x

**Texas Department of Criminal Justice**

# STEP 1
## INMATE
## GRIEVANCE FORM

2472213

Inmate Name: Kwame Lewis    TDCJ # 2472213

Unit: BC    Housing Assignment: HSJ-201

Unit where incident occurred: BC/HSJ-201

| OFFICE USE ONLY |
| --- |
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Inmate: _____ |

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _____ When? March 18th 2026

What was their response? _____

What action was taken? _____    MAR 1 0 2026

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

My Tablet has been "Green screened"

I am turning it in to Securus/Gavits

Tablet ID # Aid-JP6-17A13A0A

YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

I-127 Front (Revised 8/2022)

**Action Requested to Resolve Your Complaint.**

A new tablet

Inmate Signature: _____    Date: 13 March 26

**Grievance Response:**

Signature Authority: _____    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:**    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☒ 4. Inappropriate/Excessive attachments. *

☒ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: A. Turner/A. Turner

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: at |
| Grievance #: 2026083318 | |
| Screening Criteria Used: #51399 | |
| Date Recd from Inmate: MAR 16 2026 | |
| Date Returned to Inmate: MAR 16 2026 | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |

**I-127 Back** (Revised 8/2022)

# Texas Department of Criminal Justice

# STEP 1
## INMATE
## GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Inmate: _____ |

Inmate Name: Kvonne Lewis          TDCJ # 02472213

Unit: BC          Housing Assignment: HSJ-201

Unit where incident occurred: BC/ ECB/HSJ-201

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? _____ When? 3/13/2027

What was their response? _____

What action was taken? _____

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I have no money on my books (commissary account)
I have no choice but to use Indigent supply from the
law library. I sent a letter to the law library to be
sent out and recieved a Xerox copy of the envelope
with a stapled reply stating that "postage Returned" I need
.29 more cents. The image had a stamp on the envelope, and a
red insignia (stamp) stating return to sender. The envelope wasnt
given to me. The attached document requests how I would like to
deal with this. The letter is an 11.07 to the Texas court of criminal

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM          (OVER)**

I-127 Front (Revised 8/2022)

Appeals and this setback that was caused out of my control it is the law library that mails out my mail (places stamps and gives them to the post man) This incident is tolling my time limit @ 12:00pm - 12:15pm officer said he's not allowed to take Grievances

**Action Requested to Resolve Your Complaint.**

- A 1983
- Explanation for incident
- Verification that Envelope has been mailed out
- New 11-07 to send duplicate response

**Inmate Signature:** _____     **Date:** 3/13/2026

**Grievance Response:**

**Signature Authority:** _____     **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:**     *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☒ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** Patton UGI. S. Patton

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** _____

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: SP</td></tr>
<tr><td colspan="2">Grievance #: 2026 084575</td></tr>
<tr><td colspan="2">Screening Criteria Used: # 5       799</td></tr>
<tr><td>Date Recd from Inmate:</td><td>3 18 26</td></tr>
<tr><td>Date Returned to Inmate:</td><td>3 18 26</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td>Date Recd from Inmate:</td><td>_____</td></tr>
<tr><td>Date Returned to Inmate:</td><td>_____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td>Date Recd from Inmate:</td><td>_____</td></tr>
<tr><td>Date Returned to Inmate:</td><td>_____</td></tr>
</table>

**I-127 Back** (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F



Texas Department of Criminal Justice

# STEP 1
## INMATE
## GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Inmate Name: Tionne Lewis     TDCJ # 02472221J

Unit: BL     Housing Assignment: HSJ-201

Unit where incident occurred: BL/EC13/HSJ-201

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing. FEB 2 4 2026

Who did you talk to (name, title)? _____    When? 2/22/26

What was their response? _____

What action was taken? _____

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

February 22nd 2026          @ 6:40am - 6:49am

The Guard is attempting to terrorize me and make me angry. He's provoking me

FEB 2 4 2026

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

Action Requested to Resolve Your Complaint.    FEB 2 4 2026

/ million Dollars

Inmate Signature: _____    Date: 2/22/2026

Grievance Response:

Signature Authority: _____    Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☒ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☒ 11. Inappropriate. *

UGI Printed Name/Signature: H. Biggers  UGI  H. Beggers

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

Medical Signature Authority: _____

| OFFICE USE ONLY |
| --- |
| Initial Submission    UGI Initials: AB |
| Grievance #: 2026074587 |
| Screening Criteria Used: #5, 11    899 |
| Date Recd from Inmate: FEB 2 4 2026 |
| Date Returned to Inmate: FEB 2 4 2026 |
| 2nd Submission    UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Inmate: _____ |
| Date Returned to Inmate: _____ |
| 3rd Submission    UGI Initials: _____ |
| Grievance #: _____ |
| Screening Criteria Used: _____ |
| Date Recd from Inmate: _____ |
| Date Returned to Inmate: _____ |

I-127 Back (Revised 8/2022)



# STEP 1
## INMATE
## GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: 2026038192

Date Received: DEC 0 1 2025

Date Due: 1-10-26

Grievance Code: 003

Investigator ID #: I2186

Extension Date: _____

Date Retd to Inmate: DEC 2 9 2025

Inmate Name: Kionne G Lewis    TDCJ # O2472213

Unit: BC    Housing Assignment: ECB-J201

Unit where incident occurred: BC/ECB

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? young, officer young    When? Nov 22 2025

What was their response? _____

What action was taken? She assaulted me

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

2 officers assaulted me young and a sargent.

I was requesting I-60's and grievances, also a reason for being in a segregated cell and being a "IA"

I was asking for help and she forcefully closed the tray slot on my hand and refused to get medical or bring me a grievance. A sargent was called and he did the same thing and refused to bring me medical or give me the proper forms to ask for help and resolve my issue

Both individuals have made me afraid and fearfull to ask for assistance

I've been in this cell since August 1st and I was put in this cell from a 3-month old incident that had no paper trail. They accused me of doing something with a cellie

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)**

I-127 Front (Revised 8/2022)

of mine in April. I've stepped I the case and have received no reply. My property has been packed and taken and not given back to me.

I'm asking for assistance to understand whats going on, this incident is destroying my reasoning

**Action Requested to Resolve Your Complaint.**

Gluten Trays: Eggs and peanut Butter
Per my religous belief I don't eat meat nor Sugars (cake, cookies, Jelly)

**Inmate Signature:** _[signature]_                    **Date:** NOV 23 2025

**Grievance Response:**

Your complaint has been investigated and findings reviewed. Unit investigation did not reveal sufficient evidence to substantiate your claim of staff misconduct. In addition, this grievance and investigation were forwarded to the Office of Inspector General, who after review advised there was insufficient evidence to open a case. No further action is warranted.

**Signature Authority:** _[signature]_ C.Schwartz AW **Date** DEC 1 9 2025

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

---

**Returned because:**    *Resubmit this form when corrections are made.

☐  1. Grievable time period has expired.
☐  2. Submission in excess of 1 every 7 days. *
☐  3. Originals not submitted. *
☐  4. Inappropriate/Excessive attachments. *
☐  5. No documented attempt at informal resolution. *
☐  6. No requested relief is stated. *
☐  7. Malicious use of vulgar, indecent, or physically threatening language. *
☐  8. The issue presented is not grievable.
☐  9. Redundant, Refer to grievance #_____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

**UGI Printed Name/Signature:**_____

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:**_____

<table>
<tr><td colspan="2"><strong>OFFICE USE ONLY</strong></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials:_____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Inmate: _____</td></tr>
<tr><td colspan="2">Date Returned to Inmate: _____</td></tr>
<tr><td><strong>2nd Submission</strong></td><td><strong>UGI Initials:_____</strong></td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Inmate: _____</td></tr>
<tr><td colspan="2">Date Returned to Inmate: _____</td></tr>
<tr><td><strong>3rd Submission</strong></td><td><strong>UGI Initials:_____</strong></td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Inmate: _____</td></tr>
<tr><td colspan="2">Date Returned to Inmate: _____</td></tr>
</table>

**I-127 Back** (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F



# Texas Department of Criminal Justice

# STEP 1
## INMATE
## GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Inmate Name: Kionne Lewis          TDCJ #: 02472213

Unit: BC          Housing Assignment: HSJ-201

Unit where incident occurred: BC/ECB/HSJ-201

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.          FEB 2 5 2026

Who did you talk to (name, title)? _____          When? 2/23/2026

What was their response? _____

What action was taken? _____

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

2/23/2026          @ 6:15am

The Guard is attempting to Aggravate me, humilate, and make me angry. He's threatening me          FEB 2 5 2026

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          **(OVER)**

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

Action Requested to Resolve Your Complaint.                FEB 2 5 2026

*1 million Dollas*

Inmate Signature: _____          Date: 2/23/2026

Grievance Response:

Signature Authority: _____          Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☒ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☒ 11. Inappropriate. *

UGI Printed Name/Signature: H·Biggers UGI H·Biggers

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

Medical Signature Authority:_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: AB |
| Grievance #: 2026075135 | |
| Screening Criteria Used: #5, 11        999 | |
| Date Recd from Inmate: FEB 2 5 2026 | |
| Date Returned to Inmate: FEB 2 5 2026 | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |

I-127 Back (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

Texas Department of Criminal Justice



# STEP 1
## INMATE
## GRIEVANCE FORM

| OFFICE USE ONLY |
|---|
| Grievance #: _____ |
| Date Received: _____ |
| Date Due: _____ |
| Grievance Code: _____ |
| Investigator ID #: _____ |
| Extension Date: _____ |
| Date Retd to Inmate: _____ |

**Inmate Name:** Yvonne Lewis    **TDCJ #** 02477213

**Unit:** BC    **Housing Assignment:** HSJ-201

**Unit where incident occurred:** BC/EOB/HSJ-201

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

FEB 25 2026

Who did you talk to (name, title)? _____    **When?** 2/23/2026

What was their response? _____

What action was taken? _____

State your grievance in the space provided.  Please state who, what, when, where and disciplinary case number if appropriate.

2/23/2026

@ 3:21am - 3:23am
The Guard attempted
to provoke, antagonize,
and threatened me

FEB 25 2026

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    **(OVER)**

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

Action Requested to Resolve Your Complaint.     FEB 2 5 2026

1 million Dollars

Inmate Signature: _____     Date: 2/23/ 2026

Grievance Response:

Signature Authority: _____     Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☒ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☒ 11. Inappropriate. *

UGI Printed Name/Signature: H. Biggers  UGI  H. Biggers

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

Medical Signature Authority:_____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: HB |
| Grievance #: 2026015123 | |
| Screening Criteria Used: #5, 11  849 | |
| Date Recd from Inmate: FEB 2 5 2026 | |
| Date Returned to Inmate: FEB 2 5 2026 | |
| 2nd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |
| 3rd Submission | UGI Initials:_____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Inmate: _____ | |
| Date Returned to Inmate: _____ | |

I-127 Back (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

HST 201

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Administrative Review and Risk Management
## Inmate Grievance
## NOTICE OF IMPROPERLY SUBMITTED GRIEVANCE

---

DATE:       2/24/2026

NAME:       **LEWIS, KIONNE**

TDCJ#:      **2472213**

UNIT:       **BC**

---

Your documents received in this office have been reviewed and a response is indicated below. **If you need additional information or assistance, you may contact the Unit Grievance Investigator.**

☐   These issues have been reviewed at both steps of the grievance procedure. No other administrative remedies are available to you regarding the issue. Further action by this office is not warranted.

☐   Your Step 1 grievance(s) was properly screened.

☒   This Step 2 appeal cannot be processed without the corresponding original, **answered** Step 1 grievance.

☐   You may not submit a Step 2 appeal on a Step 1 grievance that was **screened** using one of the screening criteria and returned to you unprocessed.

**Comments**:

September 2022

# Texas Department of Criminal Justice

## STEP 1

### INMATE GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: _____

UGI Recd Date: FEB 2 4 2026

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Inmate: _____

Inmate Name: Lionne Lewis    TDCJ # 02972213

Unit: BC    Housing Assignment: HSJ-201

Unit where incident occurred: BC/ECS/HSJ-201

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).**    *I am dissatisfied with the response at Step 1 because...*

2/20/26   @ 10:11 pm
The officer threatened me
He's attempting to make me
mad and aggravate me.

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

I-128 Front (Revised 8/2022)

*Requested action,*        *1 million Dollars*

Inmate Signature: _____        Date: 2/20/26

Grievance Response:

Signature Authority: _____        Date: _____

**Returned because:**    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 6. Inappropriate. *

CGO Staff Signature: _____

**I-128 Back** (Revised 8/2022)

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Inmate:_____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Inmate:_____ | |
| **3rd Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Inmate:_____ | |

Inmate Grievance Operations Manual
Appendix G

2472213

Kvonne Lewis
02472213
Bill Clements
9601 Spur 591
Amarillo TX 79101

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION



7th court of Appeals
205 S.E 5th ave RM 133
Amarillo TX 79101-9601

RECEIVED
MAR 2 4 2026
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS